1
2
3
4
5

```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                               DEC 1 8 2009

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY                    DEPUTY
```

6 UNITED STATES DISTRICT COURT

7 CENTRAL DISTRICT OF CALIFORNIA

8 SOUTHERN DIVISION

9

10 DOMINICK EDWARDS,                )   Case No. SACV 09-00683 DSF (AN)

Petitioner,           )

11                                  )

12 v.                               )   ORDER APPROVING AND ADOPTING
                                    )   REPORT AND RECOMMENDATION OF
13 P. VASQUEZ, WARDEN,              )   UNITED STATES MAGISTRATE JUDGE
                                    )

Respondent.           )

14                                  )

15          Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the

16 Magistrate Judge's Report and Recommendation ("R&R"), *de novo*. Petitioner did not

17 file any Objections and the time for him to have done so has passed.

18          IT IS ORDERED that:

19          1.     The R&R is approved and adopted.

20          2.     Judgment shall be entered denying the Petition and dismissing this action

21 with prejudice.

22          3.     All motions are denied as moot and terminated.

23          IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this

24 Order and the Judgment on all counsel or parties of record.

25

26 Dated: 12/18/09                          _____
                                                    DALE S. FISCHER
27                                          UNITED STATES DISTRICT JUDGE

28