JS-6 / ENTERED

**FILED**
**CLERK, U.S. DISTRICT COURT**
DEC 18 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DOMINICK EDWARDS, | Case No. SACV 09-00683 DSF (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| P. VASQUEZ, WARDEN, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Court's related Order approving and adopting the Report and Recommendation.

Dated: 12/18/09

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

**ENTERED - SOUTHERN DIVISION**
**CLERK, U.S. DISTRICT COURT**
DEC 18 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY